IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| Samuel Wade Montgomery, As Personal Representative and Administrator of the Estate of Sarah Renae Montgomery, deceased; Samuel Wade Montgomery, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>Baptist Health System, Inc. d/b/a Walker Baptist Medical Center; Kent Alan Taub M.D.; Greg Smith, CRNP, and Pegasus Emergency Group SHA, LLC,<br><br>Defendants. | CIVIL ACTION NO. 6:15-cv-00881-TMP |

## MOTION FOR LEAVE TO FILE CROSS-CLAIM AND THIRD-PARTY COMPLAINT FOR DECLARATORY JUDGMENT AND ATTACHMENTS UNDER SEAL

The Cross-Claim Plaintiff / Defendant Baptist Health System, Inc. d/b/a Walker Baptist Medical Center ("Baptist") moves this Court for an order authorizing it to file its Cross-Claim and Third-Party Complaint for Declaratory Judgment along with the attachments thereto under seal. As grounds therefore, Baptist submits the following:

1. Baptist intends to file a Cross-Claim and Third-Party Complaint for Declaratory Judgment in the above-styled case that concerns issues and factual information that are privileged under the Alabama Medical Liability Act. Because of the unique nature of this case and the issues therein, the parties have agreed that such otherwise confidential and privileged information can be produced and utilized with regard to the claims that will be asserted in the Cross-Claim and Third-Party Complaint. However, such materials and information remain

confidential and privileged as to any other purpose and any other matter, and therefore should be placed under seal.

2. Due to the confidential and privileged nature of the information contained in the pleading itself and the attachments thereto, Baptist respectfully requests that this Court enter an order providing it with leave to file the Cross-Claim and Third-Party Complaint for Declaratory Judgment and the attachments thereto under seal.

                                        *s/ J. Alex Wyatt, III*
                                        Jasper P. Juliano
                                        Deborah Ann Wakefield
                                        J. Alex Wyatt, III
                                        Attorneys for Baptist Health System, Inc. d/b/a
                                        Walker Baptist Medical Center

OF COUNSEL:

PARSONS, LEE & JULIANO, P.C.
600 Vestavia Parkway
Suite 300, Shelby Building
(P.O. Box 661228; 35266-1228)
Birmingham, AL 35216
(205) 326-6600

## CERTIFICATE OF SERVICE

      I hereby certify that I have on this ___7th___ day of __December__, 2017, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James C. Gray, III
Karen M. Ross
Lloyd, Gray, Whitehead & Monroe, P.C.
880 Montclair Road, Suite 100
Birmingham, AL 35213


Stephen Shay Samples
Ashley Reitz Peinhardt
Hare, Wynn, Newell & Newton, LLP
The Massey Building, Suite 800
2025 Third Avenue North
Birmingham, AL 35203

Michael D. Petway
Fuston, Petway & French, LLP
The Luckie Building
600 Luckie Drive, Suite 300
Birmingham, AL 35223

                                      *s/J. Alex Wyatt, III*
                                      OF COUNSEL