UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| SAMUEL WADE MONTGOMERY, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )   Case No. 6:15-cv-00881-TMP<br>) |
| BAPTIST HEALTH SYSTEM, INC., *et al.*, | )<br>)<br>) |
| Defendants. | ) |

## ORDER

Pending before the court is the Cross-Claim Defendants' Motion to Extend Deadlines to Answer Cross-Claim and Third-Party Complaint for Declaratory Judgment (doc. 51), which has been joined by Third-Party Defendant Torus Specialty Insurance Company (doc. 52).  The Motion is GRANTED.

The In-Chambers Conference previously set for February 13, 2018, is RESET for March 5, 2018, at 2:00 p.m. in Hugo L Black US Courthouse, Birmingham, AL before Magistrate Judge T Michael Putnam.

**DONE** and **ORDERED** on January 31, 2018.

_____
T. MICHAEL PUTNAM
UNITED STATES MAGISTRATE JUDGE